## Signatures

The Debtor(s) and the attorney for the Debtor (if any) must sign this Plan.

By signing and filing this document, the debtor(s), if not represented by an attorney, or the attorney for the debtor(s) certify that the wording and order of the provisions in this Chapter 13 Plan are identical to Local Form, *Chapter 13 Plan and Motions*.

I certify under penalty of perjury that the above is true.

Date:  7/23/2026                              /s/ Richard  Herro
                                             Debtor

Date:  7/23/2026                              /s/ Yvonne Herro
                                             Joint Debtor

Date:  7/23/2026                              /s/ R. Cameron Legg
                                             Attorney for the Debtor(s)