Form 132 − 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  26−17484−MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Richard S. Herro Sr.                          Yvonne Herro
2348 Orchard Crest Blvd                   2348 Orchard Crest Blvd
Manasquan, NJ 08736                       Manasquan, NJ 08736

Social Security No.:
 xxx−xx−3000                                  xxx−xx−5394

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:            9/9/26
Time:            10:00 AM
Location:        Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

        An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

        **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: July 28, 2026
JAN: llb

                                    Jeanne Naughton
                                    Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 26-17484-MBK |
| Richard S. Herro, Sr. | Chapter 13 |
| Yvonne Herro | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 6 |
| Date Rcvd: Jul 28, 2026 | Form ID: 132 | Total Noticed: 113 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 30, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Richard S. Herro, Sr., Yvonne Herro, 2348 Orchard Crest Blvd, Manasquan, NJ 08736-4001 |
| 521269435 | | American Honda Finance Corp., c/o Alltran Financial, LP, PO Box 722929, Houston, TX 77272-2929 |
| 521269438 | | Atlantic Radiologists Professional Assoc, PO Box 1262, Indianapolis, IN 46206-1262 |
| 521269442 | + | Bank of America, c/o Law Offices of Frederic & Associates, 1200 Laurel Oak Road, Suite 104, Voorhees, NJ 08043-4317 |
| 521269468 | ++ | CORNERSTONE EDUCATION LOAN SERVICES, PO BOX 145132, SALT LAKE CITY UT 84114-5132 address filed with court:, Cornerstone/American Education Services, Pob Box 145122, Salt Lake City, UT 84114 |
| 521269449 | + | Capital One, c/o Keith Esposito, Esq., 136 Gaither Drive, Suite 100, PO Box 1269, Mount Laurel, NJ 08054-7269 |
| 521269457 | + | Cavalry Portfolio Services, c/o Patrick Nemes, Esq., 3705 Quakerbridge Road, Suite 116, Trenton, NJ 08619-1288 |
| 521269484 | + | HESAA, 4 Quakenbridge Plz, Trenton, NJ 08619-1241 |
| 521269486 | + | Higher Education Student Assistance Auth, 4 Quakenbridge Plz, Trenton, NJ 08619-1241 |
| 521269487 | + | Higher Education Student Assistance Auth, c/o Solomon & Solomon, PC, One Columbia Circle, Albany, NY 12203-6383 |
| 521269490 | | Jersey Shore University Medical Center, PO Box 650292, Dallas, TX 75265-0292 |
| 521269492 | + | Kessler Professional Services, PO Box 827832, Philadelphia, PA 19182-7832 |
| 521269494 | + | Laboratory Corp of America, c/o Radius Global Solutions, LLC, PO Box 1259, Dept 120957, Oaks, PA 19456-1259 |
| 521269501 | | Meridian Laboratory Physicians PA, PO Box 60280, North Charleston, SC 29419-0280 |
| 521269502 | + | Merrill Lynch Accounts Rece., PO Box 1501, Pennington, NJ 08534-0671 |
| 521269503 | + | Mid-Atlantic Surgical Associates, 100 Madison Avenue, Morristown, NJ 07960-6136 |
| 521269506 | + | Monmouth Ocean Neurology, PC, 1944 Corlies Avenue, Suite 206, Neptune, NJ 07753-5197 |
| 521269510 | + | NJ Division of Taxation, PO Box 245, Trenton, NJ 08602-0245 |
| 521269511 | | NJ Ezpass, c/o PAM, LLC, PO Box 1642, Milwaukee, WI 53201-1642 |
| 521301372 | + | NJClass, PO Box 544, Trenton, NJ 08625-0544 |
| 521269516 | | Pendrick Capital Partners II, LLC, c/o Phoenix Financial Services, PO Box 361450, Indianapolis, IN 46236-1450 |
| 521269518 | + | Quest Diagnostics, c/o AR Start, 14141 Southwest Fwy, Suite 300, Sugar Land, TX 77478-4630 |
| 521269519 | + | Sea Girt Physical Medicine, 240 Parker Avenue, Manasquan, NJ 08736-2804 |
| 521269520 | + | State of New Jersey, Division of Taxation, PO Box 245, Trenton, NJ 08602-0245 |
| 521269521 | | State of New York Dept of Taxation, c/o Performant Recovery, Inc., PO Box 90056, Pleasanton, CA 94566 |
| 521269531 | | University Radiology Group PC, PO Box 10175, East Brunswick, NJ 08816-1075 |
| 521269530 | + | University Radiology Group PC, Attn: RoyalPay, Inc. Box #36, 333 Westchester Avenue, Suite E2204, West Harrison, NY 10604-2910 |

TOTAL: 27

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 28 2026 21:06:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 28 2026 21:06:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 521269436 | + | Email/PDF: bncnotices@becket-lee.com | | |

District/off: 0312-3                        User: admin                                    Page 2 of 6
Date Rcvd: Jul 28, 2026                     Form ID: 132                            Total Noticed: 113

| | | | |
|---|---|---|---|
| | | Jul 28 2026 21:11:25 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 521269437 | + Email/PDF: bncnotices@becket-lee.com | Jul 28 2026 21:11:14 | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 521301598 | Email/PDF: resurgentbknotifications@resurgent.com | Jul 28 2026 21:11:15 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 521269440 | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Jul 28 2026 21:05:00 | Bank of America, Attn: Bankruptcy, Po Box 982234, El Paso, TX 79998 |
| 521269441 | + Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Jul 28 2026 21:05:00 | Bank of America, Po Box 982238, El Paso, TX 79998-2238 |
| 521269443 | + Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Jul 28 2026 21:05:00 | Bank of America, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 521269439 | + Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Jul 28 2026 21:05:00 | Bank of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 521269446 | Email/Text: data_processing@fin-rec.com | Jul 28 2026 21:05:00 | Barclays Bank Delaware, c/o Financial Recovery Services, Inc., PO Box 385908, Minneapolis, MN 55438-5908 |
| 521269444 | + Email/Text: BarclaysBankDelaware@tsico.com | Jul 28 2026 21:05:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 521269445 | + Email/Text: BarclaysBankDelaware@tsico.com | Jul 28 2026 21:05:00 | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 521269465 | Email/Text: cfcbackoffice@contfinco.com | Jul 28 2026 21:05:00 | Continental Finance Co, Attn: Bankruptcy, 4550 Linden Hill Rd, Ste 4, Wilmington, DE 19808 |
| 521269466 | Email/Text: cfcbackoffice@contfinco.com | Jul 28 2026 21:05:00 | Continental Finance Co, Pob 8099, Newark, DE 19714 |
| 521269447 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 28 2026 21:11:12 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 521269451 | ^ MEBN | Jul 28 2026 21:02:56 | Capital One, c/o Hayt, Hayt & Landau, LLC, 2 Industrial Way West, PO Box 500, Eatontown, NJ 07724-0500 |
| 521269448 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 28 2026 21:11:24 | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 521269450 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 28 2026 21:11:12 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 521283220 | + Email/PDF: ebn_ais@aisinfo.com | Jul 28 2026 21:11:14 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 521269454 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 28 2026 21:11:13 | Capital One/Costco, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 521269453 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 28 2026 21:11:13 | Capital One/Costco, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 521269456 | + Email/Text: bankruptcy@cavps.com | Jul 28 2026 21:06:00 | Cavalry Portfolio Services, 500 Summit Lake Drive, Valhalla, NY 10595-1340 |
| 521269455 | + Email/Text: bankruptcy@cavps.com | Jul 28 2026 21:06:00 | Cavalry Portfolio Services, 500 Summit Lake, Suite 400, Valhalla, NY 10595-2321 |
| 521269459 | + Email/PDF: ais.chase.ebn@aisinfo.com | Jul 28 2026 21:11:11 | Chase Card Services, Po Box 15369, Wilmington, DE 19850-5369 |
| 521269458 | + Email/PDF: ais.chase.ebn@aisinfo.com | Jul 28 2026 21:11:19 | Chase Card Services, Attn: Bankruptcy, Po Box 15299, Wilmington, DE 19850-5299 |
| 521269460 | + Email/PDF: ais.chase.ebn@aisinfo.com | Jul 28 2026 21:11:24 | Chase Prime, PO Box 1423, Charlotte, NC 28201-1423 |
| 521269462 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 28 2026 21:21:38 | Citibank/Sunoco, Po Box 6497, Sioux Falls, SD |

District/off: 0312-3 | User: admin | Page 3 of 6

Date Rcvd: Jul 28, 2026 | Form ID: 132 | Total Noticed: 113

| ID | | Email/Method | Date Time | Recipient |
|---|---|---|---|---|
| | | | | 57117-6497 |
| 521269461 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 28 2026 21:11:21 | Citibank/Sunoco, Attn: Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 521269464 | + | Email/Text: bankruptcy@consumerportfolio.com | Jul 28 2026 21:06:00 | Consumer Portfolio Services, Inc., 19500 Jamboree Rd, Irvine, CA 92612-2437 |
| 521269463 | + | Email/Text: bankruptcy@consumerportfolio.com | Jul 28 2026 21:06:00 | Consumer Portfolio Services, Inc., Attn: Bankruptcy, Po Box 57071, Irvine, CA 92619-7071 |
| 521269467 | + | Email/Text: bncnotifications@pheaa.org | Jul 28 2026 21:05:00 | Cornerstone/American Education Services, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 521269470 | + | Email/Text: BKPT@cfna.com | Jul 28 2026 21:05:00 | Credit First National Association, Pob 81315, Cleveland, OH 44181-0315 |
| 521269469 | + | Email/Text: BKPT@cfna.com | Jul 28 2026 21:05:00 | Credit First National Association, Attn: Bankruptcy, Po Box 81315, Cleveland, OH 44181-0315 |
| 521269471 | + | Email/PDF: creditonebknotifications@resurgent.com | Jul 28 2026 21:11:13 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 521269472 | + | Email/PDF: creditonebknotifications@resurgent.com | Jul 28 2026 21:11:13 | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 521269474 | | Email/Text: mrdiscen@discover.com | Jul 28 2026 21:05:00 | Discover Financial, Pob 15316, Wilmington, DE 19850 |
| 521269473 | + | Email/Text: mrdiscen@discover.com | Jul 28 2026 21:05:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 521269475 | + | Email/Text: mrdiscen@discover.com | Jul 28 2026 21:05:00 | Discovercard, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 521269476 | + | Email/Text: EBN@edfinancial.com | Jul 28 2026 21:05:00 | Edfin/esa, P.o. Box 30159, Knoxville, TN 37930-0159 |
| 521269477 | + | Email/Text: EBN@edfinancial.com | Jul 28 2026 21:05:00 | Edfinancial Services L, P.o. Box 30159, Knoxville, TN 37930-0159 |
| 521269479 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Jul 28 2026 21:11:20 | Fst Premier, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 521269478 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Jul 28 2026 21:11:14 | Fst Premier, Attn: Bankruptcy, 601 S Minnesota Ave, Sioux Falls, SD 57104-4824 |
| 521269483 | ^ | MEBN | Jul 28 2026 21:03:06 | HESAA, Attn: Bankruptcy, P.O.Box 545, Trenton, NJ 08625-0545 |
| 521269480 | ^ | MEBN | Jul 28 2026 21:03:30 | Hacksensack Meridian Health, PO Box 95000-4535, Philadelphia, PA 19195-4535 |
| 521269482 | ^ | MEBN | Jul 28 2026 21:03:29 | Hacksensack University Medical Group, PO Box 95000-4535, Philadelphia, PA 19195-4535 |
| 521269481 | + | Email/Text: bankruptcy@ctech-collects.com | Jul 28 2026 21:05:00 | Hacksensack University Medical Group, c/o C Tech Collections, Inc., PO Box 402, Mount Sinai, NY 11766-0402 |
| 521269485 | ^ | MEBN | Jul 28 2026 21:02:07 | Higher Education Student Assistance Auth, Hesaa Servicing/Attn: Bankruptcy, Po Box 548, Trenton, NJ 08625-0548 |
| 521269488 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 28 2026 21:05:00 | Internal Service Revenue, PO Box 7346, Philadelphia, PA 19101-7346 |
| 521269489 | | Email/Text: BankruptcyEast@firstenergycorp.com | Jul 28 2026 21:05:00 | JCP&L, PO Box 3687, Akron, OH 44309-3687 |
| 521306131 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jul 28 2026 21:06:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 521269491 | | Email/Text: bankruptcy.accounts@wakeassoc.com | | |

District/off: 0312-3

User: admin

Page 4 of 6

Date Rcvd: Jul 28, 2026

Form ID: 132

Total Noticed: 113

| | | | |
|---|---|---|---|
| 521269493 | ^ MEBN | Jul 28 2026 21:05:00 | JFK Medical Center, c/o Wakefield, PO Box 50250, Knoxville, TN 37950-0250 |
| 521301798 | Email/PDF: resurgentbknotifications@resurgent.com | Jul 28 2026 21:03:21 | Kessler Professional Services, c/o Bureau of Account Management, 3607 Rosemount Avenue, Suite 502, Camp Hill, PA 17011-6943 |
| 521269495 | + Email/Text: bankruptcy_notifications@ccsusa.com | Jul 28 2026 21:11:21 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 521269497 | + Email/Text: EBNBKNOT@ford.com | Jul 28 2026 21:06:00 | Laboratory Corp of America, c/o Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2609 |
| 521269496 | + Email/Text: EBNBKNOT@ford.com | Jul 28 2026 21:06:00 | Lincoln Automotive Fin, Pob 542000, Omaha, NE 68154-8000 |
| 521269498 | Email/Text: camanagement@mtb.com | Jul 28 2026 21:06:00 | Lincoln Automotive Fin, Attn: Bankrutcy, Po Box 54200, Omaha, NE 68154-8000 |
| 521269499 | Email/Text: camanagement@mtb.com | Jul 28 2026 21:06:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 521269500 | ^ MEBN | Jul 28 2026 21:06:00 | M & T Bank, Po Box 900, Millsboro, DE 19966 |
| 521301317 | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 28 2026 21:01:58 | M&T Bank, c/o KML Law Group, Pc, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 521269504 | Email/Text: ml-ebn@missionlane.com | Jul 28 2026 21:11:13 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 521269505 | Email/Text: ml-ebn@missionlane.com | Jul 28 2026 21:05:00 | Mission Lane LLC, Attn: Bankruptcy, P.O. Box 105286, Atlanta, GA 30348 |
| 521269512 | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Jul 28 2026 21:05:00 | Mission Lane LLC, Po Box 105286, Atlanta, GA 30348 |
| 521300621 | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Jul 28 2026 21:05:00 | NJ EZPass, PO Box 4971, Trenton, NJ 08650 |
| 521269508 | + Email/Text: bankruptcy_notifications@ccsusa.com | Jul 28 2026 21:05:00 | New Jersey Turnpike Authority, Ramon de la Cruz, NJ Turnpike Authority, 1 Turnpike Plaza, P.O Box 5042, Woodbridge, NJ 07095 |
| 521269509 | + Email/Text: BankruptcyNotices@njresources.com | Jul 28 2026 21:06:00 | New Jersey Ezpass, c/o Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2609 |
| 521277607 | Email/Text: mtgbk@shellpointmtg.com | Jul 28 2026 21:05:00 | New Jersey Natural Gas, 1415 Wycoff Road, PO Box 1378, Belmar, NJ 07719-1378 |
| 521269513 | + Email/Text: mtgbk@shellpointmtg.com | Jul 28 2026 21:05:00 | NewRez LLC, d/b/a Shellpoint Mortgage Servicing, PO Box 10826, Greenville, SC 29603-0826 |
| 521269515 | Email/Text: HHEBN@harriscollect.com | Jul 28 2026 21:05:00 | Nr/sms/cal, Po Box 10826, Greenville, SC 29603-0826 |
| 521269514 | ^ MEBN | Jul 28 2026 21:06:00 | PA Turnpike Toll by Plate, c/o Harris & Harris, Ltd., 111 West Jackson Blvd, Suite 400, Chicago, IL 60604-4135 |
| 521269517 | Email/Text: BankruptcyMail@questdiagnostics.com | Jul 28 2026 21:02:53 | PA Turnpike Toll by Plate, PO Box 645631, Pittsburgh, PA 15264-5254 |
| 521269523 | + Email/PDF: ais.sync.ebn@aisinfo.com | Jul 28 2026 21:06:00 | Quest Diagnostics, PO Box 740985, Cincinnati, OH 45274-0985 |
| 521269522 | + Email/PDF: ais.sync.ebn@aisinfo.com | Jul 28 2026 21:11:24 | Syncb/PPC, Po Box 965005, Orlando, FL 32896-5005 |
| 521269524 | + Email/PDF: ais.sync.ebn@aisinfo.com | Jul 28 2026 21:11:11 | Syncb/PPC, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 521269525 | + Email/PDF: ais.sync.ebn@aisinfo.com | Jul 28 2026 21:11:24 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |

District/off: 0312-3 | User: admin | Page 5 of 6

Date Rcvd: Jul 28, 2026 | Form ID: 132 | Total Noticed: 113

| Recip ID | | Email/PDF address | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Jul 28 2026 21:11:11 | Synchrony Bank/Lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 521269526 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 28 2026 21:11:25 | Synchrony Bank/Old Navy, c/o Portfolio Recovery Associates, LLC, PO Box 12914, Norfolk, VA 23541-0914 |
| 521269527 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 28 2026 21:11:11 | Synchrony Bank/Walmart, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 521269528 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 28 2026 21:11:11 | Synchrony Bank/Walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 521294957 | + | Email/Text: EBN@edfinancial.com | Jul 28 2026 21:05:00 | US DEPARTMENT OF EDUCATION, 120 N SEVEN OAKS DRIVE, KNOXVILLE TN 37922-2359 |
| 521269532 | ^ | MEBN | Jul 28 2026 21:02:24 | University Radiology Group PC, PO Box 999, Yorktown Heights, NY 10598-0999 |
| 521269529 | | Email/Text: ebn@americollect.com | Jul 28 2026 21:06:00 | University Radiology Group PC, c/o Americollect, Inc., PO Box 1505, Manitowoc, WI 54221-1505 |
| 521269533 | + | Email/Text: UpStart@ebn.phinsolutions.com | Jul 28 2026 21:06:00 | Upstart Network Inc., P.o. Box 1503, San Carlos, CA 94070-7503 |
| 521269534 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jul 28 2026 21:05:00 | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Weldon Springs, MO 63304-2225 |
| 521269535 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jul 28 2026 21:05:00 | Verizon, 500 Technology Dr, Weldon Spring, MO 63304-2225 |
| 521269537 | + | Email/PDF: ais.BankruptcynoticesExceptions@aisinfo.com | Jul 28 2026 21:11:20 | Wells Fargo Bank, N.A., Attn: Bankruptcy Dept., MAC# T7416-023, 4101 Wiseman Blvd., San Antonio, TX 78251-4200 |
| 521269536 | + | Email/Text: ClericalSupport@tenagliahunt.com | Jul 28 2026 21:05:00 | Wells Fargo Bank, N.A., c/o Tenaglia & Hunt, PA, 395 West Passaoc Street, Suite 205, Rochelle Park, NJ 07662-3016 |

TOTAL: 86

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 521269452 | *+ | Capital One, c/o Hayt, Hayt & Landau, 2 Industrial Way West, PO Box 500, Eatontown, NJ 07724-0500 |
| 521269507 | ##+ | Neuropsychology and Counseling Assoc., 1683 Route 88, Suite A, Brick, NJ 08724-3072 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 30, 2026 | Signature: | /s/Gustava Winters

District/off: 0312-3

Date Rcvd: Jul 28, 2026

User: admin

Form ID: 132

Page 6 of 6

Total Noticed: 113

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 28, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Matthew K. Fissel | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com |
| Robert Cameron Legg | on behalf of Debtor Richard S. Herro  Sr. courtdocs@oliverandlegg.com;legg.r.c.r59915@notify.bestcase.com |
| Robert Cameron Legg | on behalf of Joint Debtor Yvonne Herro courtdocs@oliverandlegg.com;legg.r.c.r59915@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5