**STATISTICAL INFORMATION ONLY: Debtor must select the number of each of the following items included in the Plan.**

| 0 | Valuation of Security | 0 | Assumption of Executory Contract or unexpired Lease | 0 | Lien Avoidance |

**Last revised: November 14, 2023**

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

In Re:

Richard and Yvonne Herro

Case No.: _____26-17484_____

Judge: _____MBK_____

Debtor(s)

## Chapter 13 Plan and Motions

☒ Original          ☐ Modified/Notice Required          Date: 7/23/26

☐ Motions Included          ☐ Modified/No Notice Required

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE

**YOUR RIGHTS WILL BE AFFECTED**

The Court issued a separate Notice of the Hearing on Confirmation of Plan, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the Notice. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the Chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

> **The following matters may be of particular importance. Debtors must check one box on each line to state whether the plan includes each of the following items. If an item is checked as "Does Not" or if both boxes are checked, the provision will be ineffective if set out later in the plan.**

THIS PLAN:

☐ DOES ☒ DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

☐ DOES ☒ DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY, AND SPECIFY: ☐ 7a / ☐ 7b / ☐ 7 c.

☐ DOES ☒ DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY, AND SPECIFY: ☐ 7a / ☐ 7b / ☐ 7 c.

Initial Debtor(s)' Attorney: ___/s/ RCL___  Initial Debtor: ___/s/ RSH___  Initial Co-Debtor: ___/s/ YH___

**Part 1:   Payment and Length of Plan**

a.   The debtor shall pay to the Chapter 13 Trustee $ _____1519_____ monthly for __6__ months starting on the first of the month following the filing of the petition. (If tier payments are proposed) : and then $___2,600___ per month for __54__ months; $_____ per month for _____ months, for a total of _____ months.

b.   The debtor shall make plan payments to the Trustee from the following sources:

   ☒   Future earnings

   ☐   Other sources of funding (describe source, amount and date when funds are available):

c.   Use of real property to satisfy plan obligations:

   ☐ Sale of real property
   Description:

   Proposed date for completion: _____

   ☐ Refinance of real property:
   Description:
   Proposed date for completion: _____

   ☐ Loan modification with respect to mortgage encumbering real property:
   Description:
   Proposed date for completion: _____

d.  ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification. See also Part 4.

   ☐ If a Creditor filed a claim for arrearages, the arrearages ☐ will / ☐ will not be paid by the Chapter 13 Trustee pending an Order approving sale, refinance, or loan modification of the real property.

e.   For debtors filing joint petition:

   ☐ Debtors propose to have the within Chapter 13 Case jointly administered. If any party objects to joint administration, an objection to confirmation must be timely filed.  The objecting party must appear at confirmation to prosecute their objection.

   Initial Debtor: _____/s/ RSH_____ Initial Co-Debtor: _____/s/ YH_____

**Part 2: Adequate Protection** ☒ NONE

a.  Adequate protection payments will be made in the amount of $_____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to _____(creditor). (Adequate protection payments to be commenced upon order of the Court.)

b.  Adequate protection payments will be made in the amount of $_____ to be paid directly by the debtor(s), pre-confirmation to: _____(creditor).

**Part 3: Priority Claims (Including Administrative Expenses)**

a.  All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Name of Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| CHAPTER 13 STANDING TRUSTEE | ADMINISTRATIVE | AS ALLOWED BY STATUTE |
| ATTORNEY FEE BALANCE | ADMINISTRATIVE | BALANCE DUE: $ 4,750 |
| DOMESTIC SUPPORT OBLIGATION | | |
| IRS | Taxes | $37,272.06 |

b.  Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount:
Check one:
☒ None
☐ The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4):

| Name of Creditor | Type of Priority | Claim Amount | Amount to be Paid |
|---|---|---|---|
| | Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount. | | |

**Part 4:    Secured Claims**

   **a.   Curing Default and Maintaining Payments on Principal Residence: ☒ NONE**

The Debtor will pay to the Trustee allowed claims for arrearages on monthly obligations and the

debtor shall pay directly to the creditor monthly obligations due after the bankruptcy filing as follows:

| Name of Creditor | Collateral or Type of Debt (identify property and add street address, if applicable) | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor by Trustee | Regular Monthly Payment Direct to Creditor |
|---|---|---|---|---|---|
| | | | | | Debtor shall pay the regular monthly payment pursuant to the terms of the underlying loan documents unless otherwise ordered. |

   **b.   Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears: ☒ NONE**

The Debtor will pay to the Trustee allowed claims for arrearages on monthly obligations and the

debtor will pay directly to the creditor monthly obligations due after the bankruptcy filing as follows:

| Name of Creditor | Collateral or Type of Debt (identify property and add street address, if applicable) | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor by Trustee | Regular Monthly Payment Direct to Creditor |
|---|---|---|---|---|---|
| | | | | | Debtor shall pay the regular monthly payment pursuant to the terms of the underlying loan documents unless otherwise ordered. |

**c.  Secured claims to be paid in full through the plan which are excluded from 11 U.S.C. 506: ☒ NONE**

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral (identify property and add street address, if applicable) | Interest Rate | Amount of Claim | Total to be Paid Including Interest Calculation by Trustee |
|---|---|---|---|---|
|  |  |  |  |  |

**d.  Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments ☒ NONE**

1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this Section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.**

| Name of Creditor | Collateral (identify property and add street address, if applicable) | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to be Paid by Trustee |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

2.) Where the Debtor retains collateral and completes all Plan payments, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

**e.  Surrender ☒ NONE**

Upon confirmation, the automatic stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 shall be terminated in all respects. The Debtor surrenders the following collateral:

| Name of Creditor | Collateral to be Surrendered (identify property and add street address, if applicable) | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
|  |  |  |  |

**f.  Secured Claims Unaffected by the Plan ☒ NONE**

The following secured claims are unaffected by the Plan:

| Name of Creditor | Collateral (identify property and add street address, if applicable) |
|---|---|
| M&T Bank (Mortgage) | 2438 Orchard Crest Blvd |
| NR / SMS / CAL (Mortgage) | 2438 Orchard Crest Blvd |
| Consumer Portfolio Services | 2019 Honda CRV |
| Lincoln Automtive | 2017 Ford Escape |

**g. Secured Claims to be Paid in Full Through the Plan: ☐ NONE**

| Name of Creditor | Collateral (identify property and add street address, if applicable) | Amount | Interest Rate | Total Amount to be Paid through the plan by Trustee |
|---|---|---|---|---|
| IRS | All Property | $75,443.84 | 6% | $75,443.84 |
| NJ Taxation | All Property | $20,366.92 | 10.75% | $20,366.92 |

**Part 5:   Unsecured Claims** ☐ NONE

a. **Not separately classified** allowed non-priority unsecured claims shall be paid:

☐ Not less than $ _____ to be distributed *pro rata*

☒ Not less than 100 _____ percent

☐ *Pro Rata* distribution from any remaining funds

b. **Separately classified unsecured** claims shall be treated as follows:

| Name of Creditor | Basis For Separate Classification | Treatment | Amount to be Paid by Trustee |
|---|---|---|---|
| US Dept of Educ | Student Loans | Outside the Plan | $0 |
| NJ Class | Student Loans | Outside the Plan | $0 |

**Part 6:   Executory Contracts and Unexpired Leases** ☒ NONE

(NOTE: See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

| Name of Creditor | Arrears to be Cured and paid by Trustee | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment to be Paid Directly to Creditor by Debtor |
|---|---|---|---|---|
|  |  |  |  |  |

**Part 7:    Motions   ☒ NONE**

**NOTE: All plans containing motions must be served on all affected lienholders, together with local form, Notice of Chapter 13 Plan Transmittal, within the time and in the manner set forth in D.N.J. LBR 3015-1. A Certification of Service, Notice of Chapter 13 Plan Transmittal, and valuation must be filed with the Clerk of Court when the plan and transmittal notice are served**

### a. Motion to Avoid Liens Under 11. U.S.C. Section 522(f). ☒ NONE

The Debtor moves to avoid the following liens that impair exemptions:

| Name of Creditor | Nature of Collateral (identify property and add street address, if applicable) | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

### b. Motion to Avoid Liens and Reclassify Claim From Secured to Completely Unsecured. ☒ NONE

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Name of Creditor | Collateral (identify property and add street address if applicable) | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |

**c. Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured. ☒ NONE**

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Name of Creditor | Collateral (identify property and add street address, if applicable) | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

d.  Where the Debtor retains collateral, upon completion of the Plan and issuance of the Discharge, affected Debtor may take all steps necessary to remove of record any lien or portion of any lien discharged.

## Part 8:    Other Plan Provisions

**a. Vesting of Property of the Estate**

☒    Upon confirmation

☐    Upon discharge

**b.  Payment Notices**

Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

**c.   Order of Distribution**

The Trustee shall pay allowed claims in the following order:

1) Chapter 13 Standing Trustee Fees, upon receipt of funds

2)  Administrative Claims

3)  Secured Claims

4) Priority Claims

5)  Unsecured Claims

6) 

**d.  Post-Petition Claims**

The Trustee ☐ is, ☒ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

**Part 9:  Modification**  ☐ NONE

**NOTE: Modification of a plan does not require that a separate motion be filed. A modified plan must be served in accordance with D.N.J. LBR 3015-2.**

If this Plan modifies a Plan previously filed in this case, complete the information below.

Date of Plan being Modified: _____.

Explain below **why** the plan is being modified:

Are Schedules I and J being filed simultaneously with this Modified Plan?  ☐ Yes  ☐ No

**Part 10: Non-Standard Provision(s):**

Non-Standard Provisions:

☐ NONE

☐ Explain here:

Any non-standard provisions placed elsewhere in this plan are ineffective.

**Signatures**

The Debtor(s) and the attorney for the Debtor (if any) must sign this Plan.

By signing and filing this document, the debtor(s), if not represented by an attorney, or the attorney for the debtor(s) certify that the wording and order of the provisions in this Chapter 13 Plan are identical to Local Form, *Chapter 13 Plan and Motions*.

I certify under penalty of perjury that the above is true.

Date: _____          _____
                                       Debtor

Date: _____          _____
                                       Joint Debtor

Date: _____          _____
                                       Attorney for the Debtor(s)

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 26-17484-MBK |
| Richard S. Herro, Sr. | Chapter 13 |
| Yvonne Herro | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 6 |
| Date Rcvd: Jul 28, 2026 | Form ID: pdf901 | Total Noticed: 114 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 30, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Richard S. Herro, Sr., Yvonne Herro, 2348 Orchard Crest Blvd, Manasquan, NJ 08736-4001 |
| 521269435 | | American Honda Finance Corp., c/o Alltran Financial, LP, PO Box 722929, Houston, TX 77272-2929 |
| 521269438 | | Atlantic Radiologists Professional Assoc, PO Box 1262, Indianapolis, IN 46206-1262 |
| 521269442 | + | Bank of America, c/o Law Offices of Frederic & Associates, 1200 Laurel Oak Road, Suite 104, Voorhees, NJ 08043-4317 |
| 521269468 | ++ | CORNERSTONE EDUCATION LOAN SERVICES, PO BOX 145132, SALT LAKE CITY UT 84114-5132 address filed with court:, Cornerstone/American Education Services, Pob Box 145122, Salt Lake City, UT 84114 |
| 521269449 | + | Capital One, c/o Keith Esposito, Esq., 136 Gaither Drive, Suite 100, PO Box 1269, Mount Laurel, NJ 08054-7269 |
| 521269457 | + | Cavalry Portfolio Services, c/o Patrick Nemes, Esq., 3705 Quakerbridge Road, Suite 116, Trenton, NJ 08619-1288 |
| 521269484 | + | HESAA, 4 Quakenbridge Plz, Trenton, NJ 08619-1241 |
| 521269486 | + | Higher Education Student Assistance Auth, 4 Quakenbridge Plz, Trenton, NJ 08619-1241 |
| 521269487 | + | Higher Education Student Assistance Auth, c/o Solomon & Solomon, PC, One Columbia Circle, Albany, NY 12203-6383 |
| 521269490 | | Jersey Shore University Medical Center, PO Box 650292, Dallas, TX 75265-0292 |
| 521269492 | + | Kessler Professional Services, PO Box 827832, Philadelphia, PA 19182-7832 |
| 521269494 | + | Laboratory Corp of America, c/o Radius Global Solutions, LLC, PO Box 1259, Dept 120957, Oaks, PA 19456-1259 |
| 521269501 | | Meridian Laboratory Physicians PA, PO Box 60280, North Charleston, SC 29419-0280 |
| 521269502 | + | Merrill Lynch Accounts Rece., PO Box 1501, Pennington, NJ 08534-0671 |
| 521269503 | + | Mid-Atlantic Surgical Associates, 100 Madison Avenue, Morristown, NJ 07960-6136 |
| 521269506 | + | Monmouth Ocean Neurology, PC, 1944 Corlies Avenue, Suite 206, Neptune, NJ 07753-5197 |
| 521269510 | + | NJ Division of Taxation, PO Box 245, Trenton, NJ 08602-0245 |
| 521269511 | | NJ Ezpass, c/o PAM, LLC, PO Box 1642, Milwaukee, WI 53201-1642 |
| 521301372 | + | NJClass, PO Box 544, Trenton, NJ 08625-0544 |
| 521269516 | | Pendrick Capital Partners II, LLC, c/o Phoenix Financial Services, PO Box 361450, Indianapolis, IN 46236-1450 |
| 521269518 | + | Quest Diagnostics, c/o AR Start, 14141 Southwest Fwy, Suite 300, Sugar Land, TX 77478-4630 |
| 521307038 | + | Richard Herro, 2348 Orchard Crest Blvd, Manasquan, NJ 08736-4001 |
| 521269519 | + | Sea Girt Physical Medicine, 240 Parker Avenue, Manasquan, NJ 08736-2804 |
| 521269520 | + | State of New Jersey, Division of Taxation, PO Box 245, Trenton, NJ 08602-0245 |
| 521269521 | | State of New York Dept of Taxation, c/o Performant Recovery, Inc., PO Box 90056, Pleasanton, CA 94566 |
| 521269531 | | University Radiology Group PC, PO Box 10175, East Brunswick, NJ 08816-1075 |
| 521269530 | + | University Radiology Group PC, Attn: RoyalPay, Inc. Box #36, 333 Westchester Avenue, Suite E2204, West Harrison, NY 10604-2910 |

TOTAL: 28

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 28 2026 21:06:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 28 2026 21:06:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |

521269436     +   Email/PDF: bncnotices@becket-lee.com
      Jul 28 2026 21:11:25     Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540

521269437     +   Email/PDF: bncnotices@becket-lee.com
      Jul 28 2026 21:11:25     Amex, P.o. Box 981537, El Paso, TX 79998-1537

521301598       Email/PDF: resurgentbknotifications@resurgent.com
      Jul 28 2026 21:11:15     Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587

521269440       Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com
      Jul 28 2026 21:05:00     Bank of America, Attn: Bankruptcy, Po Box 982234, El Paso, TX 79998

521269441     +   Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com
      Jul 28 2026 21:05:00     Bank of America, Po Box 982238, El Paso, TX 79998-2238

521269443     +   Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com
      Jul 28 2026 21:05:00     Bank of America, 4909 Savarese Circle, Tampa, FL 33634-2413

521269439     +   Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com
      Jul 28 2026 21:05:00     Bank of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413

521269446       Email/Text: data_processing@fin-rec.com
      Jul 28 2026 21:05:00     Barclays Bank Delaware, c/o Financial Recovery Services, Inc., PO Box 385908, Minneapolis, MN 55438-5908

521269444     +   Email/Text: BarclaysBankDelaware@tsico.com
      Jul 28 2026 21:05:00     Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801

521269445     +   Email/Text: BarclaysBankDelaware@tsico.com
      Jul 28 2026 21:05:00     Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803

521269465       Email/Text: cfcbackoffice@contfinco.com
      Jul 28 2026 21:05:00     Continental Finance Co, Attn: Bankruptcy, 4550 Linden Hill Rd, Ste 4, Wilmington, DE 19808

521269466       Email/Text: cfcbackoffice@contfinco.com
      Jul 28 2026 21:05:00     Continental Finance Co, Pob 8099, Newark, DE 19714

521269447     +   Email/PDF: AIS.cocard.ebn@aisinfo.com
      Jul 28 2026 21:11:12     Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285

521269451     ^   MEBN
      Jul 28 2026 21:02:58     Capital One, c/o Hayt, Hayt & Landau, LLC, 2 Industrial Way West, PO Box 500, Eatontown, NJ 07724-0500

521269448     +   Email/PDF: AIS.cocard.ebn@aisinfo.com
      Jul 28 2026 21:11:12     Capital One, Po Box 30281, Salt Lake City, UT 84130-0281

521269450     +   Email/PDF: AIS.cocard.ebn@aisinfo.com
      Jul 28 2026 21:11:13     Capital One, Po Box 31293, Salt Lake City, UT 84131-0293

521283220     +   Email/PDF: ebn_ais@aisinfo.com
      Jul 28 2026 21:11:20     Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901

521269454     +   Email/PDF: AIS.cocard.ebn@aisinfo.com
      Jul 28 2026 21:11:24     Capital One/Costco, Po Box 30253, Salt Lake City, UT 84130-0253

521269453     +   Email/PDF: AIS.cocard.ebn@aisinfo.com
      Jul 28 2026 21:11:12     Capital One/Costco, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285

521269456     +   Email/Text: bankruptcy@cavps.com
      Jul 28 2026 21:06:00     Cavalry Portfolio Services, 500 Summit Lake Drive, Valhalla, NY 10595-1340

521269455     +   Email/Text: bankruptcy@cavps.com
      Jul 28 2026 21:06:00     Cavalry Portfolio Services, 500 Summit Lake, Suite 400, Valhalla, NY 10595-2321

521269459     +   Email/PDF: ais.chase.ebn@aisinfo.com
      Jul 28 2026 21:11:24     Chase Card Services, Po Box 15369, Wilmington, DE 19850-5369

521269458     +   Email/PDF: ais.chase.ebn@aisinfo.com
      Jul 28 2026 21:11:14     Chase Card Services, Attn: Bankruptcy, Po Box 15299, Wilmington, DE 19850-5299

521269460     +   Email/PDF: ais.chase.ebn@aisinfo.com
      Jul 28 2026 21:11:18     Chase Prime, PO Box 1423, Charlotte, NC 28201-1423

521269462     +   Email/PDF: Citi.BNC.Correspondence@citi.com

| | | | |
|---|---|---|---|
| | | Jul 28 2026 21:11:26 | Citibank/Sunoco, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 521269461 | + Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | Jul 28 2026 21:11:15 | Citibank/Sunoco, Attn: Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 521269464 | + Email/Text: bankruptcy@consumerportfolio.com | | |
| | | Jul 28 2026 21:06:00 | Consumer Portfolio Services, Inc., 19500 Jamboree Rd, Irvine, CA 92612-2437 |
| 521269463 | + Email/Text: bankruptcy@consumerportfolio.com | | |
| | | Jul 28 2026 21:06:00 | Consumer Portfolio Services, Inc., Attn: Bankruptcy, Po Box 57071, Irvine, CA 92619-7071 |
| 521269467 | + Email/Text: bncnotifications@pheaa.org | | |
| | | Jul 28 2026 21:05:00 | Cornerstone/American Education Services, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 521269470 | + Email/Text: BKPT@cfna.com | | |
| | | Jul 28 2026 21:05:00 | Credit First National Association, Pob 81315, Cleveland, OH 44181-0315 |
| 521269469 | + Email/Text: BKPT@cfna.com | | |
| | | Jul 28 2026 21:05:00 | Credit First National Association, Attn: Bankruptcy, Po Box 81315, Cleveland, OH 44181-0315 |
| 521269471 | + Email/PDF: creditonebknotifications@resurgent.com | | |
| | | Jul 28 2026 21:11:14 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 521269472 | + Email/PDF: creditonebknotifications@resurgent.com | | |
| | | Jul 28 2026 21:11:14 | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 521269474 | Email/Text: mrdiscen@discover.com | | |
| | | Jul 28 2026 21:05:00 | Discover Financial, Pob 15316, Wilmington, DE 19850 |
| 521269473 | + Email/Text: mrdiscen@discover.com | | |
| | | Jul 28 2026 21:05:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 521269475 | + Email/Text: mrdiscen@discover.com | | |
| | | Jul 28 2026 21:05:00 | Discovercard, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 521269476 | + Email/Text: EBN@edfinancial.com | | |
| | | Jul 28 2026 21:05:00 | Edfin/esa, P.o. Box 30159, Knoxville, TN 37930-0159 |
| 521269477 | + Email/Text: EBN@edfinancial.com | | |
| | | Jul 28 2026 21:05:00 | Edfinancial Services L, P.o. Box 30159, Knoxville, TN 37930-0159 |
| 521269479 | + Email/PDF: ais.fpc.ebn@aisinfo.com | | |
| | | Jul 28 2026 21:11:14 | Fst Premier, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 521269478 | + Email/PDF: ais.fpc.ebn@aisinfo.com | | |
| | | Jul 28 2026 21:11:20 | Fst Premier, Attn: Bankruptcy, 601 S Minnesota Ave, Sioux Falls, SD 57104-4824 |
| 521269483 | ^ MEBN | | |
| | | Jul 28 2026 21:03:07 | HESAA, Attn: Bankruptcy, P.O.Box 545, Trenton, NJ 08625-0545 |
| 521269480 | ^ MEBN | | |
| | | Jul 28 2026 21:03:28 | Hacksensack Meridian Health, PO Box 95000-4535, Philadelphia, PA 19195-4535 |
| 521269482 | ^ MEBN | | |
| | | Jul 28 2026 21:03:29 | Hacksensack University Medical Group, PO Box 95000-4535, Philadelphia, PA 19195-4535 |
| 521269481 | + Email/Text: bankruptcy@ctech-collects.com | | |
| | | Jul 28 2026 21:05:00 | Hacksensack University Medical Group, c/o C Tech Collections, Inc., PO Box 402, Mount Sinai, NY 11766-0402 |
| 521269485 | ^ MEBN | | |
| | | Jul 28 2026 21:02:07 | Higher Education Student Assistance Auth, Hesaa Servicing/Attn: Bankruptcy, Po Box 548, Trenton, NJ 08625-0548 |
| 521269488 | Email/Text: sbse.cio.bnc.mail@irs.gov | | |
| | | Jul 28 2026 21:05:00 | Internal Service Revenue, PO Box 7346, Philadelphia, PA 19101-7346 |
| 521269489 | Email/Text: BankruptcyEast@firstenergycorp.com | | |
| | | Jul 28 2026 21:05:00 | JCP&L, PO Box 3687, Akron, OH 44309-3687 |
| 521306131 | Email/Text: JCAP_BNC_Notices@jcap.com | | |
| | | Jul 28 2026 21:06:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |

| 521269491 | | Email/Text: bankruptcy.accounts@wakeassoc.com | Jul 28 2026 21:05:00 | JFK Medical Center, c/o Wakefield, PO Box 50250, Knoxville, TN 37950-0250 |
| 521269493 | ^ | MEBN | Jul 28 2026 21:03:21 | Kessler Professional Services, c/o Bureau of Account Management, 3607 Rosemount Avenue, Suite 502, Camp Hill, PA 17011-6943 |
| 521301798 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 28 2026 21:11:20 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 521269495 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Jul 28 2026 21:06:00 | Laboratory Corp of America, c/o Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2609 |
| 521269497 | + | Email/Text: EBNBKNOT@ford.com | Jul 28 2026 21:06:00 | Lincoln Automotive Fin, Pob 542000, Omaha, NE 68154-8000 |
| 521269496 | + | Email/Text: EBNBKNOT@ford.com | Jul 28 2026 21:06:00 | Lincoln Automotive Fin, Attn: Bankrutcy, Po Box 54200, Omaha, NE 68154-8000 |
| 521269498 | | Email/Text: camanagement@mtb.com | Jul 28 2026 21:06:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 521269499 | | Email/Text: camanagement@mtb.com | Jul 28 2026 21:06:00 | M & T Bank, Po Box 900, Millsboro, DE 19966 |
| 521269500 | ^ | MEBN | Jul 28 2026 21:01:58 | M&T Bank, c/o KML Law Group, Pc, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 521301317 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 28 2026 21:11:19 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 521269504 | | Email/Text: ml-ebn@missionlane.com | Jul 28 2026 21:05:00 | Mission Lane LLC, Attn: Bankruptcy, P.O. Box 105286, Atlanta, GA 30348 |
| 521269505 | | Email/Text: ml-ebn@missionlane.com | Jul 28 2026 21:05:00 | Mission Lane LLC, Po Box 105286, Atlanta, GA 30348 |
| 521269512 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Jul 28 2026 21:05:00 | NJ EZPass, PO Box 4971, Trenton, NJ 08650 |
| 521300621 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Jul 28 2026 21:05:00 | New Jersey Turnpike Authority, Ramon de la Cruz, NJ Turnpike Authority, 1 Turnpike Plaza, P.O Box 5042, Woodbridge, NJ 07095 |
| 521269508 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Jul 28 2026 21:06:00 | New Jersey Ezpass, c/o Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2609 |
| 521269509 | + | Email/Text: BankruptcyNotices@njresources.com | Jul 28 2026 21:05:00 | New Jersey Natural Gas, 1415 Wycoff Road, PO Box 1378, Belmar, NJ 07719-1378 |
| 521277607 | | Email/Text: mtgbk@shellpointmtg.com | Jul 28 2026 21:05:00 | NewRez LLC, d/b/a Shellpoint Mortgage Servicing, PO Box 10826, Greenville, SC 29603-0826 |
| 521269513 | + | Email/Text: mtgbk@shellpointmtg.com | Jul 28 2026 21:05:00 | Nr/sms/cal, Po Box 10826, Greenville, SC 29603-0826 |
| 521269515 | | Email/Text: HHEBN@harriscollect.com | Jul 28 2026 21:06:00 | PA Turnpike Toll by Plate, c/o Harris & Harris, Ltd., 111 West Jackson Blvd, Suite 400, Chicago, IL 60604-4135 |
| 521269514 | ^ | MEBN | Jul 28 2026 21:02:52 | PA Turnpike Toll by Plate, PO Box 645631, Pittsburgh, PA 15264-5254 |
| 521269517 | | Email/Text: BankruptcyMail@questdiagnostics.com | Jul 28 2026 21:06:00 | Quest Diagnostics, PO Box 740985, Cincinnati, OH 45274-0985 |
| 521269523 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 28 2026 21:11:23 | Syncb/PPC, Po Box 965005, Orlando, FL 32896-5005 |
| 521269522 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 28 2026 21:11:12 | Syncb/PPC, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 521269524 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 28 2026 21:11:18 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |

District/off: 0312-3 | User: admin | Page 5 of 6
Date Rcvd: Jul 28, 2026 | Form ID: pdf901 | Total Noticed: 114

| 521269525 | + Email/PDF: ais.sync.ebn@aisinfo.com | Jul 28 2026 21:11:12 | Synchrony Bank/Lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 521269526 | + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 28 2026 21:11:25 | Synchrony Bank/Old Navy, c/o Portfolio Recovery Associates, LLC, PO Box 12914, Norfolk, VA 23541-0914 |
| 521269527 | + Email/PDF: ais.sync.ebn@aisinfo.com | Jul 28 2026 21:11:19 | Synchrony Bank/Walmart, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 521269528 | + Email/PDF: ais.sync.ebn@aisinfo.com | Jul 28 2026 21:11:11 | Synchrony Bank/Walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 521294957 | + Email/Text: EBN@edfinancial.com | Jul 28 2026 21:05:00 | US DEPARTMENT OF EDUCATION, 120 N SEVEN OAKS DRIVE, KNOXVILLE TN 37922-2359 |
| 521269532 | ^ MEBN | Jul 28 2026 21:02:26 | University Radiology Group PC, PO Box 999, Yorktown Heights, NY 10598-0999 |
| 521269529 | Email/Text: ebn@americollect.com | Jul 28 2026 21:06:00 | University Radiology Group PC, c/o Americollect, Inc., PO Box 1505, Manitowoc, WI 54221-1505 |
| 521269533 | + Email/Text: UpStart@ebn.phinsolutions.com | Jul 28 2026 21:06:00 | Upstart Network Inc., P.o. Box 1503, San Carlos, CA 94070-7503 |
| 521269534 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jul 28 2026 21:05:00 | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Weldon Springs, MO 63304-2225 |
| 521269535 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jul 28 2026 21:05:00 | Verizon, 500 Technology Dr, Weldon Spring, MO 63304-2225 |
| 521269537 | + Email/PDF: ais.BankruptcynoticesExceptions@aisinfo.com | Jul 28 2026 21:11:26 | Wells Fargo Bank, N.A., Attn: Bankruptcy Dept., MAC# T7416-023, 4101 Wiseman Blvd., San Antonio, TX 78251-4200 |
| 521269536 | + Email/Text: ClericalSupport@tenagliahunt.com | Jul 28 2026 21:05:00 | Wells Fargo Bank, N.A., c/o Tenaglia & Hunt, PA, 395 West Passaoc Street, Suite 205, Rochelle Park, NJ 07662-3016 |

TOTAL: 86

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| **Recip ID** | **Bypass Reason** | **Name and Address** |
|---|---|---|
| 521269452 | *+ | Capital One, c/o Hayt, Hayt & Landau, 2 Industrial Way West, PO Box 500, Eatontown, NJ 07724-0500 |
| 521269507 | ##+ | Neuropsychology and Counseling Assoc., 1683 Route 88, Suite A, Brick, NJ 08724-3072 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 30, 2026 | Signature: | /s/Gustava Winters

District/off: 0312-3　　　　　　　　　　　User: admin　　　　　　　　　　　Page 6 of 6

Date Rcvd: Jul 28, 2026　　　　　　　　　Form ID: pdf901　　　　　　　Total Noticed: 114

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 27, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Albert Russo | docs@russotrustee.com |
| Matthew K. Fissel | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com |
| Robert Cameron Legg | on behalf of Debtor Richard S. Herro  Sr. courtdocs@oliverandlegg.com;legg.r.c.r59915@notify.bestcase.com |
| Robert Cameron Legg | on behalf of Joint Debtor Yvonne Herro courtdocs@oliverandlegg.com;legg.r.c.r59915@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5